**UNITED STATES of America,**
**Appellee,**

v.

**Paul W. MOORE, II, also known**
**as Antoine Petroye Roberts,**
**Appellant.**

No. 05–2906.

United States Court of Appeals,
Eighth Circuit.

Submitted: April 24, 2006.

Filed: April 24, 2006.

Paul Anthony Murphy, Kenneth Wayne Saffold, Andrew Stephen Dunne, U.S. Attorney's Office, Minneapolis, MN, for Appellee.

Paul W. Moore, II, Lompoc, CA, pro se.

Before WOLLMAN, MURPHY, and COLLOTON, Circuit Judges.

PER CURIAM.

Paul W. Moore appeals from the district court's[1] denial of his motion, purportedly brought under 18 U.S.C. § 3582, and the court's denial of his subsequent Federal Rule of Civil Procedure 59(e) motion. We affirm for the reasons stated by the district court. *See* 8th Cir. R. 47B.

---

1. The Honorable John R. Tunheim, United States District Judge for the District of Minnesota.

1. The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota.